THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LASHWAY, Appellant.

Submitted June 9, 2014; decided June 26, 2014

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE J. REED, Appellant.

Submitted April 14, 2014; decided June 26, 2014

Motion for reargument denied [see 22 NY3d 530 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PATRICK THOMAS, Respondent.

Submitted June 16, 2014; decided June 26, 2014

Motion for assignment of counsel granted and Scott A. Rosenberg, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD JACKSON, Appellant, v YOLANDA CANTY, Warden, Respondent.

Submitted June 2, 2014; decided June 26, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.